# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: 202.879.3872
ctaylor@jonesday.com

December 9, 2024

<u>VIA ACMS</u>

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Levinson v. Citibank</u>, No. 24-3010

Dear Ms. O'Hagan Wolfe,

    We represent Intervenor-Defendant-Appellant Kuwait Finance House (Malaysia) Berhad ("KFH Malaysia") in the above-captioned appeal. In accordance with Local Rule 31.2, KFH Malaysia respectfully requests a January 31, 2025 deadline for the filing of its opening brief. Pursuant to Local Rule 31.2(a)(1), that proposed deadline is within 91 days of the "ready date" of November 25, 2024, when KFH Malaysia filed Form D indicating that the relevant transcripts had been ordered.

    Sincerely yours,

    */s/ Charlotte H. Taylor*

    Charlotte H. Taylor