# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Christine Levinson, as Conservator of the estate and property of Robert Levinson, Susan Levinson Boothe, Stephanie Levinson Curry, Sarah Levinson Moriarty, Samantha Levinson, Daniel Levinson, David Levinson, Douglas Levinson,<br><br>                         Plaintiffs-Appellees,<br><br>ABC,<br><br>                                Plaintiff,<br><br>        v.<br><br>Kuwait Finance House (Malaysia) Berhad,<br><br>           Intervenor-Defendant-Appellant,<br><br>DEF, Citibank N.A.,<br><br>                               Defendants. | Nos. 24-3010 (L); 24-3115 (CON)<br><br>**TO BE FILED UNDER SEAL** |

### MEMORANDUM OF LAW IN RESPONSE TO MOTION OF INTERVENOR-DEFENDANT-APPELLANT KUWAIT FINANCE HOUSE (MALAYSIA) BERHAD TO SEAL ALL FILINGS

                                                          McKool Smith, P.C.
                                                          Daniel W. Levy
                                                          1301 Avenue, of the Americas
                                                          32nd Floor
                                                          New York, New York  10019
                                                          Telephone: (212) 402-9400
                                                          dlevy@mckoolsmith.com

                                                          Attorneys for Plaintiffs-Appellees

Plaintiffs-Appellees (collectively, the "Levinson Family") respectfully submit this Memorandum of Law in response to two substantially identical motions filed by Intervenor-Defendant-Appellant Kuwait Finance House (Malaysia) Berhad ("KFHM") for an order requiring that all filings in connection with two separately docketed appeals be made under seal and that access to the filings in these appeals be restricted to the parties and the Court.

Specifically, KFHM has moved to seal all filings in connection with its appeal of the District Court's Memorandum and Order, dated October 11, 2024, ███████████████████████████████████████████████ ███████████████████████████████████████████████. This appeal was docketed under Docket No. 24-3010. *See* Dkt. No. 24-3010, Doc. No. 18, Exh. 16.

KFHM has also moved to seal all filings in connection with its appeal of the District Court's Order, dated November 19, 2024, ██████████████████ ████████████████████████████. This appeal was docketed under Docket No. 24-3115. *See* Dkt. No. 24-3115, Doc. No. 11, Exh. 19.

The procedural history described by KFHM in the two motions is substantially identical, except that the later-filed motion in Dkt. No. 24-3115 contains several additional paragraphs and a few additional exhibits concerning more recent events. *See* Dkt. No. 24-3115, Doc. No. 11 at 11-13 (¶¶ 26-33); Exhs.

16, 17, 19. Exhibits 1 through 15 to the two motions are the same. The arguments set out in the two motions are basically the same.

The two appeals have been consolidated under lead Docket No. 24-3010.

References in this Memorandum of Law to the "KFHM Motion" are to the motion and exhibits filed in Docket No. 24-3115 as Doc. No. 11. The Levinson Family files one additional exhibit in connection with this response, Exh. A.

The Levinson Family does not oppose the ultimate relief sought by KFHM on both motions, specifically, an order requiring that all filings in connection with these two appeals be made under seal and that access to the filings in the appeals be restricted to the parties and the Court. *See* KFHM Motion at 1, 20.

Because the Levinson Family agrees with KFHM that the order it seeks is appropriate, the Levinson Family need not, and does not, respond to, or correct, much of what KFHM says. Rather, the Levinson Family responds solely to set out the reasons why the relief sought by KFHM is warranted under the unique circumstances present in this case. There are several:

(1) Two separate District Judges have determined that it was appropriate to seal documents filed the District Court proceedings and to limit access to the sealed documents. *See, e.g.,* KFHM Motion, Exh. 4 (permitting filing of complaint and all further documents to be made under seal); District Court Dkt. No. 21-4795, ECF No. 11 (order unsealing documents to permit service on Citibank).

(2) This Court has already ordered that substantially all filings and proceedings in connection with an earlier appeal in this case and a related mandamus petition remain under seal. Dkt. No. 21-2043, Doc. No. 92, 162, 154, 178; Dkt. No. 21-2412, Doc. No. 45.

(3) In resolving the prior appeal, the Court published a version of its opinion that redacted references to ███████████████████████████ ████████████████████████████████████████

████████. *Levinson v. Kuwait Finance House (Malaysia) Berhad*, 44 F.4th 91, 94-95 (2d Cir. 2022) (noting several redactions to published opinion); Dkt. No. 21-2043, Doc. No. 189 (unredacted opinion); Doc. No. 190 (ordering parties to propose redactions to opinion). ████████████████████████ ████████████████████

(4) It is certain that briefs and motions to be made, and oral argument to be had, in these appeals will refer extensively to documents filed under seal in the District Court. The ████████████████████████████ ██████████████████████████████████████████ is extraordinarily detailed and refers ████████████████████████ ██████████████████████████████████. KFHM Motion, Exh. 18 at 5-6, 19-42. The ████████████████████████████

3

▬▬▬▬▬▬▬▬ also refers to many aspects of the District Court proceedings that remain under seal. KFHM Motion, Exh. 19.

(5) The filings filed in, and orders issued by, the District Court refer extensively to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

The District Court carefully considered these risks, and the submissions of the parties, including KFHM, in managing the proceedings and in maintaining the seal. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ *See, e.g.,* KFHM Motion, Exh. 11-15. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬ is a compelling interest that justifies the filing of documents under seal in connection with proceedings before this Court.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4



Exh. A at 1-3 (May 16, 2024, order).

(6) The District Court filings and orders describe, among other things:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. This information should remain shielded from public disclosure so as not to jeopardize the Levinson Family's further judgment enforcement efforts, a compelling interest under the circumstances.

For these reasons, the relief requested by KFHM should be granted and the Court should order that all filings in connection with these two appeals be made under seal and that access to the filings in these appeals be restricted to the parties and the Court.

5

Dated:  New York, New York
December 16, 2024

                                    Respectfully submitted,

                                    McKool Smith P.C.

                                          */s/ Daniel W. Levy*
                              By: _____
                                    Daniel W. Levy
                                    1301 Avenue of the Americas
                                    32nd Floor
                                    New York, New York  10019
                                    Telephone: (212) 402-9400
                                    E-mail: dlevy@mckoolsmith.com

                                    Attorneys for Plaintiffs-Appellees

**Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and excluding the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B):

    ☑ this document contains 1,118 words, **or**

    ☐ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with Fed. R. App. P. 27(d)(1)(E), the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    ☑ this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman and 14-point font, **or**

    ☐ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

*/s/ Daniel W. Levy*
Daniel W Levy

Attorney for Plaintiffs-Appellees

Dated: December 16, 2024

MEMORANDUM OF LAW IN RESPONSE TO MOTION OF INTERVENOR-DEFENDANT-APPELLANT KUWAIT FINANCE HOUSE (MALAYSIA) BERHAD TO SEAL ALL FILINGS,
dated December 16, 2024

# Exhibit A

FILED UNDER SEAL

4937-1777-4087

## **CERTIFICATE OF SERVICE**

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am principal in the law firm of McKool Smith P.C. and counsel of record for Plaintiffs-Appellees.

2. On December 16, 2024, I caused a true and correct copy of the foregoing MEMORANDUM OF LAW, together with the Exhibit therto, to be served by e-mail upon all counsel of record and by filing a redacted version of the foregoing MEMORANDUM OF LAW, without the Exhibit thereto, via the Court's electronic filing system in Dkt. No. 24-3010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2024, at New York, New York.

                                          */s/ Daniel W. Levy*
                                          _____
                                          Daniel W. Levy