# SEALED
# 24-3115

## United States Court of Appeals
## for the Second Circuit

CHRISTINE LEVINSON, ET AL.,

*Plaintiffs-Appellee,*

– v. –

CITIBANK, N.A.,

*Defendant-Appellee,*

– v. –

KUWAIT FINANCE HOUSE (MALAYSIA) BERHAD,

*Defendant-Intervenor-Appellant.*

On Appeal from the United States District Court for the
Southern District of New York
Case No. 21-cv-04795-LAP

### KUWAIT FINANCE HOUSE (MALAYSIA) BERHAD'S
### MOTION FOR STAY PENDING APPEAL

Eric L. Lewis
LEWIS BAACH KAUFMANN
MIDDLEMISS
1050 K Street N.W.
Suite 400
Washington, DC 20001
(202) 833-8900

January 22, 2025

Steven T. Cottreau
Charlotte H. Taylor
Ariel N. Volpe
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
(202) 879-3939

*Additional Counsel Listed on
Inside Cover*

John Moscow
Solomon Shinerock
LEWIS BAACH KAUFMANN
MIDDLEMISS
10 Grand Central
155 East 44th Street
25th Floor
New York, NY 10017
(212) 826-7001

Fahad A. Habib
JONES DAY
555 California Street,
26th Floor
San Francisco, CA 94104-1500
(415) 626-3939

*Counsel for Kuwait Finance House (Malaysia) Berhad*

# EXHIBIT 1

[Under Seal]

# EXHIBIT 2

[Under Seal]

# EXHIBIT 3

[Under Seal]

# EXHIBIT 4

[Under Seal]

# EXHIBIT 5

[Under Seal]

# EXHIBIT 6

[Under Seal]

# EXHIBIT 7

[Under Seal]

# EXHIBIT 8

[Under Seal]

# EXHIBIT 9

[Under Seal]

# EXHIBIT 10

[Under Seal]

# EXHIBIT 11

[Under Seal]

# EXHIBIT 12

[Under Seal]

# EXHIBIT 13

[Under Seal]

# EXHIBIT 14

[Under Seal]

# EXHIBIT 15

[Under Seal]

# EXHIBIT 16

[Under Seal]

# EXHIBIT 17

[Under Seal]

# EXHIBIT 18

[Under Seal]

# EXHIBIT 19

[Under Seal]

# EXHIBIT 20

[Under Seal]

# EXHIBIT 21

[Under Seal]

# EXHIBIT 22

[Under Seal]

# EXHIBIT 23

[Under Seal]

# EXHIBIT 24

[Under Seal]