# 24-3010 (L), 24-3115 (CON), 25-85 (CON), 25-193 (CON)

## United States Court of Appeals for the Second Circuit

CHRISTINE LEVINSON, AS CONSERVATOR OF THE ESTATE AND PROPERTY OF ROBERT LEVINSON, SUSAN LEVINSON BOOTHE, STEPHANIE LEVINSON CURRY, SARAH LEVINSON MORIARTY, SAMANTHA LEVINSON, DANIEL LEVINSON, DAVID LEVINSON, DOUGLAS LEVINSON,

*Plaintiffs-Appellees*,

– v. –

KUWAIT FINANCE HOUSE (MALAYSIA) BERHAD,

*Intervenor-Defendant-Appellant*,

CITIBANK, N.A.,

*Defendant.*

On Appeal from the United States District Court for the Southern District of New York
Case No. 21-cv-04795-LAP

## KUWAIT FINANCE HOUSE (MALAYSIA) BERHAD'S OPENING BRIEF

Eric L. Lewis
LEWIS BAACH KAUFMANN MIDDLEMISS
1050 K Street N.W.
Suite 400
Washington, DC 20001
(202) 833-8900

Steven T. Cottreau
Charlotte H. Taylor
Ariel N. Volpe
Avery R. Phillips
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
(202) 879-3939

*Counsel for Kuwait Finance House (Malaysia) Berhad*

(caption continued on inside cover)

John Moscow
Solomon Shinerock
LEWIS BAACH KAUFMANN
MIDDLEMISS
10 Grand Central
155 East 44th Street
25th Floor
New York, NY 10017
(212) 826-7001

Fahad A. Habib
JONES DAY
555 California Street,
26th Floor
San Francisco, CA 94104-1500
(415) 626-3939

*Counsel for Kuwait Finance House (Malaysia) Berhad*

# FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing Opening Brief with the Court by e-mailing a PDF to the Court's civil cases e-mail address, and I served a copy of the document on all counsel of record via e-mail.

Dated: November 26, 2025

/s/ *Charlotte H. Taylor*
Charlotte H. Taylor