# 24-3010 (L)

24-3115 (CON), 24-3115 (CON), 25-193 (CON)

*To Be Argued By:*
DANIEL W. LEVY

## United States Court of Appeals
### FOR THE SECOND CIRCUIT

Christine Levinson, as Conservator of the estate and property of Robert Levinson, Susan Levinson Boothe, Stephanie Levinson Curry, Sarah Levinson Moriarty, Samantha Levinson, Daniel Levinson, David Levinson, Douglas Levinson,

*Plaintiffs-Appellees,*

v.

Kuwait Finance House (Malaysia) Berhad,

*Intervenor-Defendant-Appellant,*

Citibank N.A.,

*Defendant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,
NO. 21 CIV. 4795, HON. LORETTA A. PRESKA PRESIDING

## BRIEF OF PLAINTIFFS-APPELLEES

MCKOOL SMITH P.C.
Daniel W. Levy
Nina M. Labovich
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 402-9400

*Attorneys for Plaintiffs-Appellees*

Levinson v. Kuwait Finance House (Malaysia) Berhad

Case Nos. 24-3010 (L), 24-3115 (CON),
25-85 (CON), 25-193 (CON)

BRIEF OF PLAINTIFFS-APPELLEES,
dated February 25, 2026

**Filed Under Seal**

# Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and taking into account the Court's Order, dated August 27, 2025, granting Intervenor-Defendant-Appellant's motion to file an oversized brief, ACMS 58 and 86:

   ☑ this document contains 17,996 words, **or**

   ☐ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   ☑ this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman in 14 point font, and, with respect to headings, Future LT Pro Medium in 14 point font, **or**

   ☐ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

*/s/ Daniel W. Levy*

Daniel W. Levy

*Attorney for Plaintiffs-Appellees*

Dated: February 25, 2026

# Certificate of Service

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a principal in the law firm of McKool Smith P.C. and counsel of record for Plaintiffs-Appellees.

2. On February 25, 2026, I caused a true and correct copy of the foregoing BRIEF OF PLAINTIFFS-APPELLEES to be served by e-mail upon all counsel of record.

3. On February 25, 2026, I caused a redacted version of the foregoing BRIEF OF PLAINTIFFS-APPELLEES to be served upon all counsel of record by filing the same via the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2026, at New York, New York.

*/s/ Daniel W. Levy*

Daniel W. Levy

*Attorney for Plaintiffs-Appellees*

Levinson v. Kuwait Finance House (Malaysia) Berhad

Case Nos. 24-3010 (L), 24-3115 (CON),
25-85 (CON), 25-193 (CON)

BRIEF OF PLAINTIFFS-APPELLEES,
dated February 25, 2026

# Appendix A

This content is from the eCFR and is authoritative but unofficial.

## Title 31 —Money and Finance: Treasury
## Subtitle B —Regulations Relating to Money and Finance
## Chapter V —Office of Foreign Assets Control, Department of the Treasury
## Part 560 —Iranian Transactions and Sanctions Regulations
## Subpart C —General Definitions

**Authority:** 3 U.S.C. 301; 18 U.S.C. 2339B, 2332d; 22 U.S.C. 2349aa-9, 7201-7211, 8501-8551, 8701-8795; 31 U.S.C. 321(b); 50 U.S.C. 1601-1651, 1701-1706; Pub. L. 101-410, 104 Stat. 890, as amended (28 U.S.C. 2461 note); E.O. 12613, 52 FR 41940, 3 CFR, 1987 Comp., p. 256; E.O. 12957, 60 FR 14615, 3 CFR, 1995 Comp., p. 332; E.O. 12959, 60 FR 24757, 3 CFR, 1995 Comp., p. 356; E.O. 13059, 62 FR 44531, 3 CFR, 1997 Comp., p. 217; E.O. 13599, 77 FR 6659, 3 CFR, 2012 Comp., p. 215; E.O. 13846, 83 FR 38939, 3 CFR, 2018 Comp., p. 854.

**Source:** 77 FR 64666, Oct. 22, 2012, unless otherwise noted.

## § 560.304 Government of Iran.

The term *Government of Iran* includes:

(a) The state and the Government of Iran, as well as any political subdivision, agency, or instrumentality thereof, including the Central Bank of Iran;

(b) Any person owned or controlled, directly or indirectly, by the foregoing;

(c) Any person to the extent that such person is, or has been, since the effective date, acting or purporting to act, directly or indirectly, for or on behalf of the foregoing; and

(d) Any other person determined by the Office of Foreign Assets Control to be included within paragraphs (a) through (c) of this section.

Note 1 to § 560.304: The names of persons that the Office of Foreign Assets Control (OFAC) has identified as meeting this definition are published in the FEDERAL REGISTER and incorporated into OFAC's Specially Designated Nationals and Blocked Persons List (SDN List) with the identifier "[IRAN]." The SDN List is accessible through the following page on OFAC's website: *www.treasury.gov/sdn*. However, the property and interests in property of any persons meeting the definition of the term *Government of Iran* are blocked pursuant to § 560.211 regardless of whether the names of such persons are published in the FEDERAL REGISTER or incorporated into the SDN List.

Note 2 to § 560.304: Section 501.807 of this chapter describes the procedures to be followed by persons seeking administrative reconsideration of OFAC's determination that they fall within the definition of the term *Government of Iran*.

*[77 FR 64666, Oct. 22, 2012, as amended at 81 FR 3332, Jan. 21, 2016; 83 FR 55271, Nov. 5, 2018]*