JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

DIRECT NUMBER: +1.202.879.3872

CTAYLOR@JONESDAY.COM

November 17, 2026

**TO BE FILED UNDER SEAL**

VIA E-MAIL

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Levinson v. Citibank, N.A.*, Case Nos. 24-3010 (L), 24-3115 (CON), 25-85 (CON), 25-193 (CON)

Dear Ms. Wolfe,

I am counsel for Appellant Kuwait Finance House (Malaysia) Berhad ("KFH Malaysia") in the above-captioned case. Oral argument is scheduled for Thursday, November 19, 2026, at 10:00 a.m., in Room 1703 on the 17th Floor of the Thurgood Marshall U.S. Courthouse.

I write to respectfully request that the Court enter an order permitting me to bring one iPad and one cell phone into the courtroom for a total of two devices. The devices will be used solely to access and view the record and the relevant authorities during the oral argument.

Counsel further certifies that (1) the devices will not be used to make or record images or sounds or to send or receive wireless transmissions; and (2) all access to wireless communication, including Bluetooth and Wi-Fi protocols, has been disabled.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Charlotte H. Taylor*

Charlotte H. Taylor